

CLERK OF COURTS
MAHONING COUNTY, OHIO

DEC 0 8 2017

FILED
ANTHONY VIVO, CLERK

IN THE COURT OF COMMON PLEAS
MAHONING COUNTY, OHIO

| | |
|---|---|
| DOMINIC MARCHIONDA<br>7886 VIA ATTILIO<br>POLAND, OH 44514<br><br>and<br><br>JACQUELINE MARCHIONDA<br>7886 VIA ATTILIO<br>POLAND, OH 44514<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY<br>INSURANCE COMPANY<br>AKA ALLSTATE INDEMNITY COMPANY<br>AKA ALLSTATE INSURANCE COMPANY<br>AKA ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY<br>STATUTORY AGENT:<br>CT CORPORATION SYSTEM<br>GIL APELIS<br>1300 EAST 9ᵃ STREET, SUITE 1010<br>CLEVELAND, OHIO 44114<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | RE-FILED CASE NO.  17 CV 3265<br><br>PREVIOUS CASE NO. 2015-CV-2806<br><br>JUDGE  KRICHBAUM<br><br><br><br><br><br><br>COMPLAINT<br><br>JURY DEMAND ENDORSED HEREON |

1.      At the time of the subject loss, Plaintiffs, Dominic Marchionda and Jacqueline Marchionda, (hereinafter referred to as "Plaintiffs"), owned property located at 7886 Via Attilio, Poland, Mahoning County, State of Ohio.

2.      Defendant, Allstate Property and Casualty Insurance Company aka Allstate Indemnity Company aka Allstate Insurance Company. aka Allstate Fire and Casualty Insurance Company (hereinafter referred to as "Defendant"), now is and at all times herein mentioned was a corporation and/or business organized and existing under the laws of the state of Ohio and engaged in doing

{00506105-1}



2017 CV
03265
00090381470
COMP



DEFENDANT'S
EXHIBIT

A

business in Mahoning County as an insurer pursuant to the general insurance laws of the state of Ohio.

3.    Defendant, for and in consideration of a valuable premium paid, issued to Plaintiffs its insurance Policy No. 980448459 11/20, covering loss due to damage by a covered cause of loss to property, including Dwelling Protection, Other Structures Protection, Personal Property Coverage, Additional Living Expenses, Additional Coverages and/or Supplemental Coverages, located at 7886 Via Attilio, Poland, Mahoning County, State of Ohio (hereinafter referred to as "described premises"). Plaintiffs are the Named Insureds under the subject Policy. A true and accurate copy of said policy, along with endorsements and declaration page showing the coverages in effect at the time of the covered loss, is not attached hereto because Defendant has the original of said policy. Plaintiffs have attached to this Complaint a copy of the declaration pages that Plaintiffs believe were in effect at the time of the said loss.

4.    On or about October 25, 2014, a wind loss occurred at the described premises in which the described premises were damaged by the wind loss. Wind is a covered cause of loss under the subject insurance policy.

5.    At the time of the wind loss, the described premise was insured under a policy of insurance issued by Defendant to Plaintiffs. After the wind loss, Plaintiffs notified Defendant of the loss and damage and made a proper and timely claim for their loss pursuant to the terms of their policy with Defendant. Plaintiffs thereafter have fully complied with each and every term, condition, and provision of the policy of insurance on their part to be performed, within their control, and/or have been waived by Defendant, and/or Defendant is estopped from asserting those defenses in regards to the covered loss.

6.     The policy of insurance was in full force and effect at the time of the loss and damage. Defendant failed to pay Plaintiffs the amount due and owing to Plaintiffs under the terms of the policy.

7.     Defendant had a duty to pay for any covered loss sustained for which its insured is legally entitled to collect as a result of such loss. This contractual obligation is subject only to any applicable limits which are expressly and unambiguously stated in the insurance policy.

8.     Defendant breached its duty pursuant to the insurance policy contract by failing to tender Plaintiffs the full amount of benefits available for damages caused by the covered cause of loss.

9.     Plaintiffs further do not waive their rights under their policy by filing this action.

10.    As a result of the subject fire loss, Plaintiffs sustained damage to the described property. The provisions of the insurance policy require Defendant to pay Plaintiffs' damages to the described property as a result of the subject covered loss which in this case is in excess of Twenty-Five Thousand Dollars ($25,000).

11.    As a direct and proximate result of the actions and omissions of Defendant, through its agents, attorneys, adjusters and investigators, Plaintiffs have sustained damages as outlined in this complaint and the prayer for damages.

WHEREFORE, Plaintiffs, Dominic Marchionda and Jacqueline Marchionda, demands judgment against Defendant, Allstate Property and Casualty Insurance Company aka Allstate Indemnity Company aka Allstate Insurance Company aka Allstate Fire and Casualty Insurance Company, for compensatory damages in excess of Twenty-Five Thousand Dollars ($25,000), including, but not limited to, contractual damages, punitive damages, costs, prejudgment interest, and for other costs, expenses incurred and other relief as this Court deems just.

Respectfully submitted,

Dominic Marchionda, pro se
7886 Via Attilio
Poland, OH 44514

Jacqueline Marchionda, pro se
7886 Via Attilio
Poland, OH 44514

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all issues contained herein.

Dominic Marchionda, pro se

Jacqueline Marchionda, pro se

## REQUEST FOR SERVICE TO THE CLERK

Pursuant to Civ. R. 4.1(A), please issue alias summons and complaint directed to this court for service by United States Mail by CERTIFIED MAIL on the Defendants making same returnable according to law at the address listed in the caption of the complaint.

Dominic Marchionda, pro se

Jacqueline Marchionda, pro se

{00506105-1}                                        4

IRL:kda/6-13-18/15121-A

## IN THE COURT OF COMMON PLEAS
## MAHONING COUNTY, OHIO

DOMINIC MARCHIONDA, et al.　　　　)　　CASE NO. 17 CV 3265
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs　　　　　　　)　　JUDGE JOHN M. DURKIN
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**NOTICE OF APPEARANCE**
ALLSTATE PROPERTY AND　　　　　　　)　　**OF COUNSEL**
CASUALTY INS. CO.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant　　　　　　　　)

Now comes attorney Ian R. Luschin, of the law firm of WILLIAMS, MOLITERNO & SCULLY CO., L.P.A., and hereby gives notice that he is entering an appearance as counsel on behalf of defendant, Allstate Property and Casualty Insurance Company, and hereby requests to be included in all communications concerning the within matter.  Defendant does not waive any service or jurisdictional issues.

Respectfully submitted,

WILLIAMS, MOLITERNO & SCULLY CO., L.P.A.

By:

IAN R. LUSCHIN - 0079349
Attorney for Defendant Allstate Property and
Casualty Insurance Company
2 Summit Park Dr., Ste. 235
Cleveland, OH 44131
Tele:  330-405-5061/Fax: 330-405-5586
Email:  iluschin@wmslawohio.com


DEFENDANT'S EXHIBIT
B



## CERTIFICATE OF SERVICE

A copy of the foregoing **Notice of Appearance** has been forwarded via regular

U.S. Mail, postage prepaid, on or about this 13th day of June, 2018, to:

Dominic Marchionda
Jacqueline Marchionda
7886 Via Atillio
Poland, OH 44514-5346
*Pro Se Plaintiffs*

WILLIAMS; MOLITERNO & SCULLY CO., L.P.A.

By:

IAN R. LUSCHIN - 0079349
Attorney for Defendant Allstate Property and
Casualty Insurance Company

IRL:jlk/7-5-18/15121-A



WMS
Williams, Moliterno
& Scully Co., L.P.A.

2 Summit Park Drive • Suite 235 • Cleveland, Ohio 44131 • Phone: 330.405.5061 • Fax: 330.405.5586 • www.wmslawohio.com

## IN THE COURT OF COMMON PLEAS
## MAHONING COUNTY, OHIO

| | | |
|---|---|---|
| DOMINIC MARCHIONDA, et al. | ) | CASE NO. 17 CV 3265 |
| | ) | |
| Plaintiffs | ) | JUDGE JOHN M. DURKIN |
| | ) | |
| vs. | ) | **ANSWER OF ALLSTATE PROPERTY** |
| | ) | **AND CASUALTY INSURANCE** |
| | ) | **COMPANY TO PLAINTIFFS'** |
| ALLSTATE PROPERTY AND | ) | **COMPLAINT** |
| CASUALTY INS. CO. | ) | |
| | ) | **(Jury Demand Endorsed Hereon)** |
| Defendant | ) | |

Now comes defendant, Allstate Property and Casualty Company, by and through counsel, WILLIAMS, MOLITERNO & SCULLY CO., L.P.A., and Ian R. Luschin, and hereby states and avers for its Answer to plaintiffs' Complaint as follows:

### FIRST DEFENSE

1.  Defendant, Allstate Property and Casualty Company, denies for want of knowledge the allegations contained in paragraph 1 of plaintiffs' Complaint.

2.  Defendant, Allstate Property and Casualty Company, admits those allegations contained in paragraphs 2, 3 and 9 of plaintiffs' Complaint.

3.  In response to paragraph 4 of plaintiffs' Complaint, defendant Allstate Property and Casualty Company admits that wind is a covered loss under the policy, subject to all terms and conditions of the policy. Defendant Allstate Property and Casualty Company denies the remaining allegations contained in paragraph 4 of

1

DEFENDANT'S
EXHIBIT
C

plainitffs' complaint.

4.     Defendant, Allstate Property and Casualty Company, denies those allegations contained in paragraphs 5, 6, 8, 10, and 11 of plaintiffs' Complaint, and demands strict proof thereof.

5.     In response to paragraph 7 of plaintiffs' Complaint, defendant, Allstate Property and Casualty Company states that it has a duty to pay covered losses as set forth in the Allstate policy, and subject to all terms and conditions of the policy. Defendant Allstate Property and Casulaty Company denies the remaining allegations contained in paragraph 7 of plaintiffs' Complaint.

## SECOND DEFENSE

6.     Defendant, Allstate Property and Casualty Company, states that the plaintiffs herein have failed to state a claim upon which relief can be granted pursuant to Ohio Rules of Civil Procedure, Rule 12(B)(6) and that, therefore, they are barred from recovery.

## THIRD DEFENSE

7.     Defendant, Allstate Property and Casualty Company, states that plaintiff has a past and continuing obligation to meet all terms and conditions for the Allstate policy.  Failure to do so negates the plaintiffs' claims in this matter.

## FOURTH DEFENSE

8.     Defendant, Allstate Property and Casualty Company, states that under the terms of the Allstate policy, both parties to the insurance contract have the right to demand appraisal.  Once the demand for appraisal is made, the appraisal procedure is the binding and sole mechanism for determining the value of the loss.

2

## FIFTH DEFENSE

9. Defendant Allstate Property and Casualty Company states that the plaintiffs failed to provide timely notice of this alleged loss.

## SIXTH DEFENSE

10. Allstate asserts all or part of the damages claimed may be related to prior events and may not be recoverable in this claim for that reason or may have been paid already in prior claims.

## SEVENTH DEFENSE

11. Defendant Allstate Property and Casualty Company hereby reserves its right to supplement additional affirmative defenses, if appropriate, after the completion of additional discovery and/or investigation.

**WHEREFORE**, having fully answered, defendant Allstate Property and Casualty Company prays that the plaintiffs' Complaint be dismissed at plaintiffs' costs and that this defendant be permitted to go henceforth without delay.

Respectfully submitted,

WILLIAMS, MOLITERNO & SCULLY CO., L.P.A.

By: _____

IAN R. LUSCHIN - 0079349
Attorney for Defendant Allstate Property and
Casualty Insurance Company
2 Summit Park Dr., Ste. 235
Cleveland, OH 44131
Tele: 330-405-5061/Fax: 330-405-5586
Email: iluschin@wmslawohio.com

2 Summit Park Drive • Suite 235 • Cleveland, Ohio 44131 • Phone: 330.405.5061 • Fax: 330.405.5586 • www.wmslawohio.com

WMS
Williams, Moliterno
& Scully Co., L.P.A.

3

## JURY DEMAND

A trial by jury is hereby requested on issues herein.

IAN R. LUSCHIN  (0079349)
Attorney for Defendant
Allstate Property and Casualty Company

## CERTIFICATE OF SERVICE

A copy of the foregoing **Answer of Allstate Property and Casualty Insurance Company to Plaintiffs' Complaint** has been forwarded via regular U.S. Mail, postage prepaid, on or about this 6th day of July, 2018, to:

Dominic Marchionda
Jacqueline Marchionda
7886 Via Atillio
Poland, OH 44514-5346
*Pro Se Plaintiffs*

WILLIAMS, MOLITERNO & SCULLY CO., L.P.A.

By:

IAN R. LUSCHIN - 0079349
Attorney for Defendant Allstate Property and
Casualty Insurance Company

2 Summit Park Drive • Suite 235 • Cleveland, Ohio 44131 • Phone: 330.405.5061 • Fax: 330.405.5586 • www.wmslawohio.com

Williams, Moliterno & Scully Co., L.P.A.

4



# J. BOWERS CONSTRUCTION INC.

3113 Mogadore Rd. Akron, Ohio 44312-1809

## DISASTER RESTORATION SPECIALISTS

insurance repairs  •  fire reconstruction  •  storm & water loss

Akron (330) 628-4807  •  Canton (330) 453-9340  •  1-800-289-9050  •  FAX (330) 628-8473

Client:    Dominic Marchionda
Property:  7886 Via Atillo
           Poland, OH 44514

Operator:  SBOWERS

Estimator: Sean Bowers
Business:  3113 Mogadore Road
           Akron, OH 44312

Business:  (800) 289-9050
E-mail:    sbowers@j-bowersconst.com

Type of Estimate:  Wind Damage
Date Entered:      8/18/2015

Date Assigned:

Price List:        OHYO8X_JUN15
Labor Efficiency:  Restoration/Service/Remodel
Estimate:          MARCHIONDA



DISASTER KLEENUP® NETWORK MEMBER



DEFENDANT'S EXHIBIT
D

 **J. Bowers Construction Co. Inc.**

3113 Mogadore Road
Akron, OH 44312
Toll Free (800) 289-9050
Akron    (330) 628-4807     Canton   (330) 453-9340
Fax       (330) 628-8473

## MARCHIONDA

### Roof

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| The following quantities are based on the attached Eagleview report and code requirements | | | | | | | |
| 1. Remove Laminated - comp. shingle rfg. - w/ felt | 77.05 SQ | | 46.91 | 0.00 | 0.00 | 722.88 | 4,337.30 |
| 3. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 3.21 SQ | | 12.10 | 0.00 | 0.00 | 7.76 | 46.60 |
| 4. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 49.04 SQ | | 19.00 | 0.00 | 0.00 | 186.36 | 1,118.12 |
| 5. Remove Additional charge for steep roof greater than 12/12 slope | 12.18 SQ | | 23.59 | 0.00 | 0.00 | 57.46 | 344.79 |
| 6. Remove Additional charge for high roof (2 stories or greater) | 59.14 SQ | | 4.57 | 0.00 | 0.00 | 54.06 | 324.33 |
| 7. Ice & water shield | 4,200.00 SF | | 0.00 | 1.28 | 97.44 | 1,094.68 | 6,568.12 |
| 8. Roofing felt - 30 lb. | 44.53 SQ | | 0.00 | 27.88 | 34.29 | 255.16 | 1,530.95 |
| 9. Laminated - comp. shingle rfg. - w/out felt | 93.00 SQ | | 0.00 | 169.47 | 590.71 | 3,270.28 | 19,621.70 |
| 10. R&R Ridge cap - composition shingles | 685.00 LF | | 1.86 | 3.61 | 53.14 | 760.02 | 4,560.11 |
| 11. Additional charge for steep roof - 7/12 to 9/12 slope | 4.00 SQ | | 0.00 | 30.57 | 0.00 | 24.46 | 146.74 |
| 12. Additional charge for steep roof - 10/12 - 12/12 slope | 59.00 SQ | | 0.00 | 48.05 | 0.00 | 567.00 | 3,401.95 |
| 13. Additional charge for steep roof greater than 12/12 slope | 14.67 SQ | | 0.00 | 60.16 | 0.00 | 176.52 | 1,059.07 |
| 14. Additional charge for high roof (2 stories or greater) | 71.00 SQ | | 0.00 | 13.51 | 0.00 | 191.84 | 1,151.05 |
| 15. R&R Drip edge | 676.00 LF | | 0.28 | 1.63 | 26.96 | 263.64 | 1,581.76 |
| 16. Valley metal - (W) profile | 316.00 LF | | 0.00 | 4.73 | 53.15 | 309.58 | 1,857.41 |
| 17. R&R Counterflashing - Apron flashing | 112.00 LF | | 0.51 | 6.81 | 9.99 | 165.96 | 995.79 |
| 18. Step flashing | 179.00 LF | | 0.00 | 7.40 | 21.15 | 269.16 | 1,614.91 |
| 19. Continuous ridge vent - shingle-over style | 101.00 LF | | 0.00 | 6.46 | 20.87 | 134.68 | 808.01 |
| 20. R&R Flashing - pipe jack | 8.00 EA | | 6.09 | 28.65 | 3.96 | 56.38 | 338.26 |
| 21. R&R Chimney flashing - large (32" x 60") | 2.00 EA | | 21.64 | 353.80 | 11.64 | 152.50 | 915.02 |

| Totals: Roof | | | | | 923.30 | 8,720.38 | 52,321.99 |
|---|---|---|---|---|---|---|---|

2nd floor

MARCHIONDA

8/18/2015                Page: 2

 **J. Bowers Construction Co. Inc.**

3113 Mogadore Road
Akron, OH 44312
Toll Free (800) 289-9050
Akron    (330) 628-4807     Canton  (330) 453-9340
Fax      (330) 628-8473



**Bedroom**                                                               **Height: 8'**

| 846.24 SF Walls | 560.56 SF Ceiling |
| 1,406.80 SF Walls & Ceiling | 560.56 SF Floor |
| 62.28 SY Flooring | 105.78 LF Floor Perimeter |
| 105.78 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 22. Drywall patch / small repair, ready for paint | 4.00 EA | | 0.00 | 44.96 | 0.69 | 36.10 | 216.63 |
| 24. Remove Scrape texture | 560.56 SF | | 2.95 | 0.00 | 0.41 | 330.82 | 1,984.88 |
| 25. Texture drywall - heavy hand texture | 560.56 SF | | 0.00 | 0.69 | 5.69 | 78.50 | 470.98 |
| 26. Seal/prime then paint the walls and ceiling twice (3 coats) | 1,406.80 SF | | 0.00 | 0.81 | 24.48 | 232.80 | 1,396.79 |
| 28. Mask and prep for paint - plastic, paper, tape (per LF) | 105.78 LF | | 0.00 | 0.91 | 1.69 | 19.60 | 117.55 |
| 29. Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 118.31 | 0.00 | 23.66 | 141.97 |
| 31. Content Manipulation charge - per hour additional due to amount | 6.00 HR | | 0.00 | 28.91 | 0.00 | 34.70 | 208.16 |
| 32. Detach & Reset Ceiling fan & light | 1.00 EA | 97.47 | 0.00 | 0.00 | 0.00 | 19.50 | 116.97 |
| 34. Recessed light fixture - Detach & reset trim only | 3.00 EA | | 0.00 | 2.38 | 0.00 | 1.42 | 8.56 |
| 35. Heat/AC register - Detach & reset | 3.00 EA | | 0.00 | 3.07 | 0.00 | 1.84 | 11.05 |
| 37. Clean and deodorize carpet | 560.56 SF | | 0.00 | 0.32 | 16.05 | 35.96 | 231.39 |

| Totals: Bedroom | | | | | 49.01 | 814.90 | 4,904.93 |
|---|---|---|---|---|---|---|---|
| Total: 2nd floor | | | | | 49.01 | 814.90 | 4,904.93 |

**1st floor**



**Great Room**                                                             **Height: 11'**

| 543.75 SF Walls | 365.05 SF Ceiling |
| 908.80 SF Walls & Ceiling | 365.05 SF Floor |
| 40.56 SY Flooring | 49.43 LF Floor Perimeter |
| 71.16 LF Ceil. Perimeter | |

MARCHIONDA

8/18/2015                    Page: 3

 **J. Bowers Construction Co. Inc.**

3113 Mogadore Road
Akron, OH 44312
Toll Free (800) 289-9050
Akron    (330) 628-4807    Canton  (330) 453-9340
Fax        (330) 628-8473

## CONTINUED - Great Room

**Subroom: offset (1)**                                                        Height: 11'

| | |
|---|---|
| 438.95  SF Walls | 206.81  SF Ceiling |
| 645.76  SF Walls & Ceiling | 206.81  SF Floor |
| 22.98  SY Flooring | 39.90  LF Floor Perimeter |
| 39.90  LF Ceil. Perimeter | |

Missing Wall                    9' 10" X 11'              Opens into GREAT_ROOM
Missing Wall                    14' 8 5/16" X 11'       Opens into KITCHEN



**Subroom: Kitchen (2)**                                                     Height: 9'

| | |
|---|---|
| 303.33  SF Walls | 308.93  SF Ceiling |
| 612.26  SF Walls & Ceiling | 308.93  SF Floor |
| 34.33  SY Flooring | 33.70  LF Floor Perimeter |
| 55.43  LF Ceil. Perimeter | |

Missing Wall                    21' 8 3/4" X 9'          Opens into GREAT_ROOM
Missing Wall                    14' 8 5/16" X 9'         Opens into OFFSET

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 39. Plasterer - per hour | 64.00 HR | | 0.00 | 52.38 | 0.00 | 670.46 | 4,022.78 |
| 41. Plaster - General Laborer - per hour | 64.00 HR | | 0.00 | 28.91 | 0.00 | 370.04 | 2,220.28 |
| 42. Seal/prime then paint the walls and ceiling twice (3 coats) | 2,166.82 SF | | 0.00 | 0.81 | 37.70 | 358.56 | 2,151.38 |
| 43. Painting - Faux (special effects) - Marbling | 1,286.04 SF | | 0.00 | 3.42 | 51.28 | 889.92 | 5,339.46 |
| 44. Ceiling fan - Detach & reset | 1.00 EA | | 0.00 | 97.47 | 0.00 | 19.50 | 116.97 |
| 45. Detach & Reset Chandelier | 1.00 EA | 71.16 | 0.00 | 0.00 | 0.00 | 14.24 | 85.40 |
| 46. Recessed light fixture - Detach & reset trim only | 11.00 EA | | 0.00 | 2.38 | 0.00 | 5.24 | 31.42 |
| 47. Content Manipulation charge - per hour | 12.00 HR | | 0.00 | 28.91 | 0.00 | 69.38 | 416.30 |
| 50. Floor protection - heavy paper and tape | 880.78 SF | | 0.00 | 0.27 | 2.55 | 48.08 | 288.44 |
| 48. Mask and prep for paint - plastic, paper, tape (per LF) | 1,286.04 LF | | 0.00 | 0.91 | 20.51 | 238.16 | 1,428.97 |
| 51. Scaffold - per section (per week) | 4.00 WK | | 0.00 | 48.00 | 0.00 | 38.40 | 230.40 |
| 52. Scaffolding Setup & Take down - per hour | 4.00 HR | | 0.00 | 28.91 | 0.00 | 23.12 | 138.76 |

MARCHIONDA                                                                8/18/2015        Page: 4

 **J. Bowers Construction Co. Inc.**

3113 Mogadore Road
Akron, OH 44312
Toll Free (800) 289-9050
Akron     (330) 628-4807     Canton   (330) 453-9340
Fax       (330) 628-8473

## CONTINUED - Great Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Great Room | | | | | 112.04 | 2,745.10 | 16,470.56 |

**Garage**                                                                                           Height: 8'

| 974.83 SF Walls | 763.32 SF Ceiling |
|---|---|
| 1,738.15 SF Walls & Ceiling | 763.32 SF Floor |
| 84.81 SY Flooring | 121.85 LF Floor Perimeter |
| 121.85 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 54. Drywall Installer / Finisher - per hour | 24.00 HR | | 0.00 | 55.00 | 0.00 | 264.00 | 1,584.00 |
| 55. Drywall - General Laborer - per hour | 24.00 HR | | 0.00 | 28.91 | 0.00 | 138.76 | 832.60 |
| 56. Seal/prime then paint the walls and ceiling twice (3 coats) | 1,738.15 SF | | 0.00 | 0.81 | 30.24 | 287.62 | 1,725.76 |
| 57. Content Manipulation charge - per hour | 32.00 HR | | 0.00 | 28.91 | 0.00 | 185.02 | 1,110.14 |
| 58. Scaffold - per section (per week) | 2.00 WK | | 0.00 | 48.00 | 0.00 | 19.20 | 115.20 |
| 59. Scaffolding Setup & Take down - per hour | 1.00 HR | | 0.00 | 28.91 | 0.00 | 5.78 | 34.69 |
| Totals: Garage | | | | | 30.24 | 900.38 | 5,402.39 |
| Total: 1st floor | | | | | 142.28 | 3,645.48 | 21,872.95 |

### Labor Minimums Applied

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 36. Heat, vent, & air cond. labor minimum | 1.00 EA | | 0.00 | 170.80 | 0.00 | 34.16 | 204.96 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 34.16 | 204.96 |
| Line Item Totals: MARCHIONDA | | | | | 1,114.59 | 13,214.92 | 79,304.83 |

MARCHIONDA                                                                    8/18/2015          Page: 5

 **J. Bowers Construction Co. Inc.**

3113 Mogadore Road
Akron, OH 44312
Toll Free (800) 289-9050
Akron    (330) 628-4807    Canton  (330) 453-9340
Fax      (330) 628-8473

## Grand Total Areas:

| | | |
|---|---|---|
| 3,107.10  SF Walls | 2,204.66  SF Ceiling | 5,311.77  SF Walls and Ceiling |
| 2,204.66  SF Floor | 244.96  SY Flooring | 350.67  LF Floor Perimeter |
| 0.00  SF Long Wall | 0.00  SF Short Wall | 394.13  LF Ceil. Perimeter |
| 2,204.66  Floor Area | 2,324.77  Total Area | 3,107.10  Interior Wall Area |
| 3,535.63  Exterior Wall Area | 358.24  Exterior Perimeter of Walls | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | |

MARCHIONDA

 **J. Bowers Construction Co. Inc.**

3113 Mogadore Road
Akron, OH 44312
Toll Free (800) 289-9050
Akron    (330) 628-4807    Canton   (330) 453-9340
Fax       (330) 628-8473

## Summary

| | |
|---|---:|
| Line Item Total | 64,975.32 |
| Material Sales Tax | 1,098.54 |
| Cln Matl Tax | 0.41 |
| Subtotal | 66,074.27 |
| Overhead | 6,607.46 |
| Profit | 6,607.46 |
| Cln&Carpet Svc Tax | 15.64 |
| Replacement Cost Value | $79,304.83 |
| Net Claim | $79,304.83 |

Sean Bowers

1st floor

8/18/2015

Page: 8

st floor

MARCHIONDA



Garage



Great Room

Kitchen (2)

offset (1)

2nd floor

8/18/2015



Bedroom

2nd floor

MARCHIONDA