## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DOMINIC MARCHIONDA, et al. ) | **CASE NO. 4:18-CV-01572** |
| ) | |
| Plaintiffs ) | HON. JOHN R. ADAMS |
| ) | |
| vs. ) | |
| ) | |
| ALLSTATE PROPERTY & CAS. INS. CO. ) | |
| ) | |
| Defendant ) | |
| ) | |

**PLAINTIFFS' NOTICE OF DISMISSAL**

Having settled all of their claims and differences to their mutual satisfaction, Plaintiffs Dominic & Jacquelene Marchionda, pursuant to FRCP 41(a)(1)(A), dismiss their claims, with prejudice, against Defendant Allstate Property & Casualty Insurance Company.

Court costs are to be taxed to the Defendant.

The parties reserve to this Court jurisdiction to enforce the terms of the settlement agreement executed between the parties.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott C. Essad | /s/ Ian R. Luschin |
| SCOTT C. ESSAD (0067352) | IAN R. LUSCHIN (0079349) |
| 721 Boardman-Poland Road, Suite 201 | Williams, Moliterno & Scully Co. L.P.A. |
| Youngstown, Ohio 44512 | 2 Summit Park Drive, Suite 235 |
| Tel. (330) 758-3782 | Cleveland, Ohio 44131 |
| Fax (330) 787-0279 | Tel. (330) 405-4061 |
| Scott@ScottEssad.com | Fax (330) 405-5586 |
| | Iluschin@wmslawohio.com |
| Counsel for Plaintiffs | |
| | Counsel for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2019, a copy of the foregoing Notice of Dismissal was filed electronically. Notice will be sent to all parties by operation of the Court's electronic filing system. Interested parties may obtain a copy of this filing through the Court's system.

         /s/ Scott C. Essad
      Scott C. Essad (0067352)