> It is so ordered.  This matter is hereby dismissed with prejudice.
> /s/ John R. Adams
> U.S. District Judge
> 9/27/19

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINIC MARCHIONDA, et al. | ) | CASE NO. 4:18-CV-01572 |
| | ) | |
| Plaintiffs | ) | HON. JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLSTATE PROPERTY & CAS. INS. CO. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**PLAINTIFFS' NOTICE OF DISMISSAL**

Having settled all of their claims and differences to their mutual satisfaction, Plaintiffs Dominic & Jacquelene Marchionda, pursuant to FRCP 41(a)(1)(A), dismiss their claims, with prejudice, against Defendant Allstate Property & Casualty Insurance Company.

Court costs are to be taxed to the Defendant.

The parties reserve to this Court jurisdiction to enforce the terms of the settlement agreement executed between the parties.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott C. Essad | /s/ Ian R. Luschin |
| SCOTT C. ESSAD (0067352) | IAN R. LUSCHIN (0079349) |
| 721 Boardman-Poland Road, Suite 201 | Williams, Moliterno & Scully Co. L.P.A. |
| Youngstown, Ohio 44512 | 2 Summit Park Drive, Suite 235 |
| Tel. (330) 758-3782 | Cleveland, Ohio 44131 |
| Fax (330) 787-0279 | Tel. (330) 405-4061 |
| Scott@ScottEssad.com | Fax (330) 405-5586 |
| | Iluschin@wmslawohio.com |
| Counsel for Plaintiffs | Counsel for Defendant |